UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

BARBARA LAVER,                                          Civil No. 08-362 MJD/AJB

    Plaintiffs,

v.                                                      **ORDER OF RECUSAL**

PFIZER, INC., ET AL.,

    Defendants.

---

Pursuant to the provisions of 28 U.S.C. § 455, the undersigned hereby recuses himself in this matter. Motions currently pending are hereby stricken from the calendar and may be rescheduled before the reassigned Magistrate Judge.

Dated:  February 12, 2008                     s/ Arthur J. Boylan
                                                                    ARTHUR J. BOYLAN
                                                                    United States Magistrate Judge