IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| **BARBARA LAVER,** | Case No.: 08-CV-00362-MJD/AJB |
| **Plaintiff,** | |
| v. | |
| **PFIZER, INC., PHARMACIA CORPORATION, G.D. SEARLE LLC, and MONSANTO COMPANY,** | **CERTIFICATE OF SERVICE** |
| **Defendants.** | Jury Trial Demanded |

---

I hereby certify that on March 26, 2008, I caused the following documents:

1. **ANSWER AND JURY TRIAL DEMAND**

2. **RULE 7.1 STATEMENT**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

**Ted G Meadows**
**ted.meadows@beasleyallen.com,katie.tucker@beasleyallen.com,chad.cook@beasleyallen.com,amy.brown@beasleyallen.com,nancy.dismukes@beasleyallen.com,gwyn**

I further certify that the above documents were served conventionally, via, U. S. Mail and/or overnight mail, to the following attorneys for Plaintiffs:

**Ted G. Meadows**
**Andy D. Birchfield, Jr.**
**Navan Ward, Jr.**
**BEASLEY, ALLEN, CROW, METHVIN**
**PORTIS & MILES, P.C.**
**234 Commerce Street**
**Montgomery, Alabama 36104**

Dated: March 26, 2008 FAEGRE & BENSON LLP

/s/ Joseph M. Price
Joseph M. Price, # 88201
Erin M. Verneris # 0335174
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
T (612) 766-7000
F (612) 766-1600

*Attorneys for Defendants Pfizer Inc.,*
*Pharmacia Corporation, and G.D. Searle LLC*

fb.us.2727538.01