CLOSED, CV

# U.S. District Court
## District of Minnesota (DMN)
## CIVIL DOCKET FOR CASE #: 0:08–cv–00362–MJD–SRN

Laver v. Pfizer, Inc. et alDO NOT DOCKET. CASE HAS BEEN TRANSFERRED OUT..
Assigned to: Chief Judge Michael J. Davis
Referred to: Magistrate Judge Susan R. Nelson
Cause: 28:1332–pip–Diversity–Personal Injury, Product Liability

Date Filed: 02/11/2008
Date Terminated: 03/31/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Barbara Laver**
*individually*

represented by **Andy–NA D Birchfield, Jr.**
Not Admitted
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Navan–NA Ward, Jr**
Not Admitted
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ted G Meadows**
Beasley Allen Crow Methvin Portis &Miles, PC
PO Box 4160
Montgomery, AL 36103–4160
334–269–2343
Fax: 334–954–7555
Email: ted.meadows@beasleyallen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pfizer, Inc.**

represented by **Erin M Verneris**
Faegre &Benson LLP
90 S 7th St Ste 2200
Mpls, MN 55402–3901
612–766–7380
Fax: 612–766–1600
Email: everneris@faegre.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph M Price**
Faegre &Benson LLP
90 S 7th St Ste 2200
Mpls, MN 55402–3901
612–766–7000
Fax: 612–766–1600
Email: jprice@faegre.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pharmacia Corporation**　　represented by　**Erin M Verneris**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph M Price**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**G.D. Searle LLC**　　represented by　**Erin M Verneris**
*formerly known as*　　　　　　　　　　　(See above for address)
G.D. Searle &Co.　　　　　　　　　　　*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph M Price**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Monsanto Company**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/11/2008 | 1 | COMPLAINT against Pfizer, Inc., Pharmacia Corporation, G.D. Searle LLC, Monsanto Company ( Filing fee $ 350 receipt number 4019543.) assigned to Judge Michael J. Davis per Master list and referred to Magistrate Judge Arthur J. Boylan, filed by Barbara Laver. (Attachments: # 1 Civil Cover Sheet) (RJL) (Entered: 02/11/2008) |
| 02/11/2008 |  | Summons Issued as to Pfizer, Inc., Pharmacia Corporation, G.D. Searle LLC, Monsanto Company. (RJL) (Entered: 02/11/2008) |
| 02/12/2008 | 2 | ORDER OF RECUSAL. Magistrate Judge Arthur J. Boylan recused. Case reassigned to Magistrate Judge Susan R. Nelson for all further proceedings. The new case number is 08cv362 MJD/SRN. Signed by Magistrate Judge Arthur J. Boylan on 2/12/08. (JME) (Entered: 02/12/2008) |
| 03/26/2008 | 3 | ANSWER to Complaint by Pfizer, Inc., Pharmacia Corporation, G.D. Searle LLC. (Price, Joseph) (Entered: 03/26/2008) |
| 03/26/2008 | 4 | RULE 7.1 DISCLOSURE STATEMENT by Pfizer, Inc., Pharmacia Corporation, G.D. Searle LLC that there is no such parent or publicly held corporation to report. (Price, Joseph) (Entered: 03/26/2008) |
| 03/26/2008 | 5 | CERTIFICATE OF SERVICE by Pfizer, Inc., Pharmacia Corporation, G.D. Searle LLC re 3 Answer to Complaint, 4 Rule 7.1 – Disclosure Statement (Price, Joseph) (Entered: 03/26/2008) |
| 03/27/2008 | 6 |  |

| | | |
|---|---|---|
| | | |
| | | CERTIFIED COPY OF CONDITIONAL TRANSFER ORDER(CTO−96), transferring case to the Northern District of California per MDL Panel for coordinated or consolidated pretrial proceedings. Case assigned to Judge Charles R. Breyer. (jam) QC'd jam (Entered: 03/28/2008) |
| 03/28/2008 | Ï | NOTICE that the case has been transferred/extracted to the Northern District of California. (jam) (Entered: 03/28/2008) |