1   Frank Woodson
    Navan Ward
2   **BEASLEY, ALLEN, CROW, METHVIN,**
    **PORTIS & MILES, P.C.**
3   218 Commerce Street
    P.O. Box 4160
4   Montgomery, Alabama 36103
    Telephone: 334-269-2343
5   Facsimile: 334-954-7555
    Attorneys for Plaintiffs
6

7

8                      UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  IN RE: BEXTRA AND CELEBREX <br> MARKETING SALES PRACTICES AND <br> 13  PRODUCT LIABILITY LITIGATION | **MDL NO. 1699** <br> **District Judge: Charles R. Breyer** |
| 14  This Document Relates To: | |
| 15  *William Randolph Hall, Sr. vs. Pfizer Inc, et al.* <br>    (06-2273 CRB) <br> 16 | **STIPULATION AND ORDER OF** <br> **DISMISSAL WITH PREJUDICE** |
| 17  *Roger Harper vs. Pfizer Inc, et al.* <br>    (06-6023 CRB) | |
| 18  *Sandra Hawkins, et al. vs. Pfizer Inc, et al.* <br>    (07-2218 CRB) <br> 19 | |
| 20  *Leon Hendrix vs. Pfizer Inc, et al.* <br>    (08-0704 CRB) | |
| 21  *Tom Hilaman (FL), et al. vs. Pfizer Inc, et al.* <br>    (07-4383 CRB) <br> 22 | |
| 23  *Charles Lee Holmes vs. Pfizer Inc, et al.* <br>    (06-4211 CRB) | |
| 24  *Bruce Holzwarth vs. Pfizer Inc, et al.* <br>    (07-3035 CRB) <br> 25 | |
| 26  *David E. Huard vs. Pfizer Inc, et al.* <br>    (08-0796 CRB) | |
| 27  *Clifford Jackson vs. Pfizer Inc, et al.* <br>    (06-5042 CRB) <br> 28 | |

-1-

1 | *Debbie Jackson, et al. vs. Pfizer Inc, et al.*
(06-2605 CRB)

2

3 | *Ozzie Jackson vs. Pfizer Inc, et al.*
(06-2274 CRB)

4 | *Ronald Jacoby vs. Pfizer Inc, et al.*
(07-4689 CRB)

5

6 | *Kathy Jewell vs. Pfizer Inc, et al.*
(07-1355 CRB)

7 | *Dorothy Johnson vs. Pfizer Inc, et al.*
(06-5039 CRB)

8

9 | *Billie Jean Johnstone vs. G.D. Searle LLC, et al.*
(07-4549 CRB)

10

11 | *John R. Jones vs. Pfizer Inc, et al.*
(06-3899 CRB)

12 | *Sylvester Jones vs. G.D. Searle LLC, et al.*
(07-4550 CRB)

13

14 | *Robert K. Kiser II vs. Pfizer Inc, et al.*
(06-4104 CRB)

15 | *Frank Klinger vs. G.D. Searle LLC, et al.*
(05-4739 CRB)

16

17 | *Alberta A. Kreitzer vs. Pfizer Inc, et al.*
(08-2149 CRB)

18 | *Vasudev Kulkarni vs. Pfizer Inc, et al.*
(07-1528 CRB)

19

20 | *Bertha R. Lacy vs. Pfizer Inc, et al.*
(06-7383 CRB)

21 | *Jackie Lancaster (MS), et al. vs. Pfizer Inc, et al.*
(08-1856 CRB)

22

23 | *Thomas Lauer vs. Pfizer Inc, et al.*
(08-2854 CRB)

24

25 | *Barbara Laver vs. Pfizer Inc, et al.*
(08-3705 CRB)

26 | *Kenneth Prouty, et al. vs. Pfizer Inc, et al.*
(06-7631 CRB)

27

28 | *Vickie L. Lewis vs. Pfizer Inc, et al.*
(06-4284 CRB)

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1

2  *Robert L. Lippincott vs. Pfizer Inc, et al.*
   (07-5018 CRB)

3  *John Scarcliff vs. G.D. Searle LLC, et al.*
   (05-4454 CRB)

4

5  *Norma Matthias vs. Pfizer Inc, et al.*
   (06-7632 CRB)

6  *Elise Mayes vs. Pfizer Inc, et al.*
   (08-3702 CRB)

7
   *William D. McCluskey vs. Merck & Co. Inc, et*
8  *al.*
   (07-3342 CRB)

9
   *Phyllis McCord vs. G.D. Searle LLC, et al.*
10 (05-4738 CRB)

11 *Barbara Dyer, et al. vs. Pfizer Inc, et al.*
   (07-1317 CRB)

12
   *Vince Mejer vs. Pfizer Inc, et al.*
13 (07-0237 CRB)

14 *James Byron McVay vs. Pfizer Inc, et al.*
   (07-0861 CRB)

15
   *Alfred Melton vs. Pfizer Inc, et al.*
16 (06-2745 CRB)

17 *Richard McNabb, et al. vs. Pfizer Inc, et al.*
   (07-6450 CRB)

18
   *Wilmer Merriweather vs. G.D. Searle LLC, et*
19 *al.*
   (05-4452 CRB)

20
   *Rhoda Messer, et al. vs. Pfizer Inc, et al.*
21 (06-6588 CRB)

22 *Ronald Miller vs. Pfizer Inc, et al.*
   (09-0892 CRB)

23
   *Linda Mirza vs. Pfizer Inc, et al.*
24 (06-3818 CRB)

25 *Carolyn Montiforte vs. Pfizer Inc, et al.*
   (07-4735 CRB)

26
   *Henry C. Morris vs. Pfizer Inc, et al.*
27 (06-3686 CRB)

28 *Cynthia H. Mullis, et al. vs. Pfizer Inc, et al.*

-3-

1   (09-0891 CRB)

2   *Patsy Murry, et al. vs. Pfizer Inc, et al.*
    (06-7438 CRB)

3

    *Ed Narke vs. Pfizer Inc, et al.*
4   (08-0260 CRB)

5   *Dian C. Neal vs. Pfizer Inc, et al.*
    (06-3900 CRB)

6

    *Rosa M. Nelson vs. Pfizer Inc, et al.*
7   (06-2275 CRB)

8   *Cliff Norwood vs. G.D. Searle LLC, et al.*
    (05-4451 CRB)

9

    *Floyd Odom vs. Pfizer Inc, et al.*
10  (07-5885 CRB)

11  *Joan J. Opel vs. Pfizer Inc, et al.*
    (07-4372 CRB)

12

    *Mary Osteen vs. Pfizer Inc, et al.*
13  (06-6928 CRB)

14  *Elvis Owens, et al. vs. Pfizer Inc, et al.*
    (06-5002 CRB)

15

    *James Curtis Owens vs. Pfizer Inc, et al.*
16  (06-1669 CRB)

17  *Marvin Palmer vs. Pfizer Inc, et al.*
    (06-6499 CRB)

18

    *Albert Pearson vs. G.D. Searle LLC, et al.*
19  (05-4455 CRB)

20  *R.V. Perkins vs. Pfizer Inc, et al.*
    (08-3699 CRB)

21

    *Jo Anne Pierce vs. G.D. Searle LLC, et al.*
22  (05-4492 CRB)

23  *Kirk Redenius vs. Pfizer Inc, et al.*
    (06-4901 CRB)

24

    *Linda Redinger vs. Pfizer Inc, et al.*
25  (07-0454 CRB)

26  *Tammy L. Ribble vs. Pfizer Inc, et al.*
    (06-7283 CRB)

27

    *Zelma Riffle, et al. vs. Pfizer Inc, et al.*
28  (06-6114 CRB)

-4-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42579891.1

1
2   *Tracy Ring vs. G.D. Searle LLC, et al.*
    (06-0733 CRB)
3

4       Come now Plaintiffs in the above-entitled actions and Defendants, by and through the

5   undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

6   stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with

7   each side bearing its own attorneys' fees and costs.

8

9       DATED: 10·16 2009        By:

10                                      **BEASLEY, ALLEN, CROW, METHVIN,**
                                       **PORTIS & MILES, P.C.**
11                                      218 Commerce Street
                                       P.O. Box 4160
12                                      Montgomery, Alabama 36103
                                       Telephone: 334-269-2343
13                                      Facsimile: 334-954-7555

14                                      *Attorneys for Plaintiffs*

15
        DATED: Oct. 19, 2009      By:
16

17                                      **DLA PIPER LLP (US)**
18                                      1251 Avenue of the Americas
                                       New York, New York 10020
19                                      Telephone: 212-335-4500
                                       Facsimile: 212-335-4501
20
                                       *Defendants' Liaison Counsel*
21

22

23
        **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**
24      **IT IS SO ORDERED.**

25
        Dated: 10/22/2009
26
                                       Hon. Charles R. Breyer
27                                      United States District Court

28

                                       -5-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
        EAST\42579891.1